Form 294

**UNITED STATES BANKRUPTCY COURT**
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 11−81160

IN THE MATTER OF:
Stephen Neil Greenberg    xxx−xx−1699
150 Providence Rd., Ste. 102
Chapel Hill, NC 27514

   Debtor(s)

# CLERK'S NOTICE OF BANKRUPTCY ADMINISTRATOR'S STATEMENT THAT NO PRESUMPTION OF ABUSE HAS ARISEN UNDER 11 U.S.C. § 707(b)(2)

As required by 11 U.S.C. § 704(b)(1)(A), the Bankruptcy Administrator has reviewed the materials filed by the debtor(s). Having considered these materials in reference to the criteria set forth in 11 U.S.C. § 707(b)(2), and, pursuant to 11 U.S.C. § 704(b)(2) and § 707(b)(2), the Bankruptcy Administrator has determined that the debtor's(s') case is not presumed to be an abuse of the provisions of Chapter 7 under 11 U.S.C. s 707(b)(2).

Dated: 9/7/11                                                                           Reid Wilcox
                                                                           _____
                                                                           CLERK OF COURT